809 F.2d 1525
 Ignatius WALLACE and Rochelle Vana, Plaintiffs-Appellees,
v.
TOWN OF PALM BEACH, a Florida Municipal Corporation, Joseph
Terlizzese, Chief of Police, Robert Grace and Paul Ilyinsky,
individually and in their capacities as present or former
members of the Town Council, Charles Warwick, Defendants-Appellants.
 No. 86-5048
 
 Non-Argument Calendar.
 United States Court of Appeals,
Eleventh Circuit.
 Feb. 13, 1987.
 John C. Randolph, Johnston, Sasser, Randolph & Weaver, West Palm Beach, Fla., for defendants-appellants.
 James K. Green, Green, Eisenberg & Cohen, W. Palm Beach, Fla., David Lipman, Lipman & Weisberg, Miami, Fla., M. David Gelfand, c/o Tulane Law School, New Orleans, La., for plaintiffs-appellees.
 Appeal from the United States District Court for the Southern District of Florida; Norman C. Roettger, Jr., Judge.
 Before KRAVITCH and HATCHETT, Circuit Judges, and MORGAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 This appeal is dismissed.
 
 
 2
 During the pendency of this appeal, the Florida Legislature passed, and the Governor signed, a statute which specifically forbids and preempts the registration scheme which is the subject of this suit.